**Laurence KAPLAN, on behalf of himself, individually, and on behalf of all others similarly situated**

v.

**SAINT PETER'S HEALTHCARE SYSTEM; Ronald C. Rak; Susan Ballestero, an individual; Garrick Stoldt, an individual; John and Jane Does 1–20 Saint Peter's Healthcare System, Ronald C. Rak, Susan Ballestero, Garrick Stoldt, Appellants**

No. 15-1172

United States Court of Appeals,
Third Circuit.

On Remand from the Supreme Court of the United States on July 7, 2017

Submitted on Remand July 7, 2017

Dated: July 13, 2017

Monya M. Bunch, Esq., Karen L. Handorf, Esq., Matthew A. Smith, Esq., Daniel S. Sommers, Esq., Michelle C. Yau, Esq., Cohen Milstein, Washington, DC, Ron Kilgard, Esq., Keller Rohrback, Phoenix, AZ,

Lynn L. Sarko, Esq., Havila C. Unrein, Esq., Keller Rohrback, Seattle, WA, for Plaintiff-Appellee

Jeffrey J. Greenbaum, Esq., James M. Hirschhorn, Esq., Sills Cummis & Gross, Newark, NJ, Katherine M. Lieb, Esq., Sills Cummis & Gross, New York, NY, for Defendants-Appellants

Patrick C. Elliott, Esq., Freedom from Religion Foundation, Madison, WI, for Amicus Appellee Freedom From Religion Foundation Inc

Richard B. Katskee, Esq., Americans United for Separation of Church & State, Washington, DC, Daniel Mach, Esq., American Civil Liberties Union, Washington, DC, for Amicus Appellee Americans United for Separation of Church and State

Mark E. Chopko, Esq., Stradley Ronon Stevens & Young, Washington, DC, for Amicus Appellant Catholic Health Association of the United States

Daniel Mach, Esq., American Civil Liberties Union, Washington, DC, for Amicus Appellees American Civil Liberties Union, American Civil Liberties Union of New Jersey

Jeremy P. Blumenfeld, Esq., Melissa D. Hill, Esq., Morgan Lewis & Bockius, Philadelphia, PA, for Amicus Appellant Catholic Health East

Jared M. Haynie, Esq., Chipman Glasser, Denver, CO, James A. Sonne, Esq., Stanford Law School, Religious Liberty Clinic, Stanford, CA, for Amicus Appellant Becket Fund for Religious Liberty

Mary E. Signorille, Esq., AARP Foundation Litigation, Washington, DC, for Amicus Appellee AARP

Hugh S. Balsam, Esq., Locke Lord, Chicago, IL, for Amicus Appellant Guidestone Financial Resources of the Southern Baptist Convention

Roberta L. Steele, Esq., National Employment Lawyers Association, Oakland,

CA, for Amicus Appellee National Employment Lawyers Association

Richard H. Frankel, Esq., Drexel University, Thomas R. Kline School of Law, Philadelphia, PA, for Amicus Appellee Pension Rights Center

Present: McKEE, AMBRO, and HARDIMAN, Circuit Judges

## ORDER

Thomas L. Ambro, Circuit Judge

By opinion and judgment dated June 5, 2017, the Supreme Court of the United States ordered the judgment of this Court entered December 29, 2015 be reversed. *Advocate Health Care Network, et al. v. Stapleton, et al.*, —— U.S. ——, 137 S.Ct. 1652, 198 L.Ed.2d 96 (2017).

In accordance with the decision of the Supreme Court, the opinion and judgment of this Court are hereby vacated. It is further ADJUDGED AND ORDERED that the judgment of the District Court dated March 31, 2014 is hereby reversed. Costs are taxed in favor of the Appellants.